**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **WILLIE J. GRIFFIN, JR.,** : | |
| : | |
| Petitioner : | |
| : | **CIVIL NO. 3:CV-07-2239** |
| v. : | |
| : | **(Judge Caputo)** |
| **WARDEN MR. EBBERT,** : | |
| : | |
| Respondent : | |

**O R D E R**

**AND NOW**, this **11th** day of **JULY**, **2014**, for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

　　　　　　　　　　　　　　　　　　　　**/s/ A. Richard Caputo**
　　　　　　　　　　　　　　　　　　　　**A. RICHARD CAPUTO**
　　　　　　　　　　　　　　　　　　　　**United States District Judge**